GEORGE H. DAVIDSON, Appellant, v. CITY OF ELMIRA et al., Respondents. This is an appeal from a judgment of Chemung Special Term of Supreme Court dismissing the complaint for failure to state facts sufficient to constitute a cause of action. Judgment affirmed, with costs. All concur. [180 Misc. 1052.] [See *post*, p. 926.]

ARC ENGINEERING CORPORATION, Respondent-Appellant, v. STATE OF NEW YORK, Appellant-Respondent. (Claim No. 25495.) — These are cross appeals from a judgment in the Court of Claims in favor of the claimant respondent-appellant against the State of New York for the sum of $40,389.78. The State appeals from each and every part of the said judgment while the claimant appeals solely upon the ground of the insufficiency of the same. The record supports the decisions and findings of the court. Judgment appealed from affirmed, with costs against the State in favor of the claimant. (*Turner Constr. Co.* v. *State of New York*, 253 App. Div. 784, affd. as mod. 279 N. Y. 243; *Collins* v. *State of New York*, 259 N. Y. 200; *Borough Constr. Co.* v. *City of New York*, 200 N. Y. 149, 153.) All concur. [See *post*, p. 935.]

In the Matter of NIAGARA FALLS POWER COMPANY, Appellant, against JOHN L. HALPIN et al., Constituting the Water Power and Control Commission of the State of New York, et al., Respondents.— In this proceeding petitioner is seeking the identical relief which it seeks in the action entitled *Niagara Falls Power Co.* v. *Halpin* [*ante*, p. 236] decided herewith. · In view of our decision in that action it is unnecessary to maintain this proceeding and the order appealed from is affirmed, without costs. All concur. [181 Misc. 13.] [See *post*, p. 853.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL MONTAGNO, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.— Appeal from an order of the Supreme Court dismissing after a hearing a writ of habeas corpus. Relator's contention is that he is illegally incarcerated for the reason that the Trial Judge, in sentencing him in Kings County Court, failed to inform him of his right to be represented by counsel. Order dismissing the writ affirmed, without costs. All concur.